UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __1:22-mj-02806-Louis__

FILED BY __FBS__ D.C.
May 12, 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

UNITED STATES OF AMERICA

vs.

ALAN LI, a/k/a "Michael Chen,"
    Defendant.

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? **No**

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? **No**

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY:    /s/Katherine W. Guthrie
      Katherine W. Guthrie
      Assistant United States Attorney
      Court ID No. A5502786
      99 Northeast 4th Street
      Miami, Florida 33132-2111
      Tel: 786-390-8262
      Email: Katherine.Guthrie@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
для
Southern District of Florida

| | | |
|---|---|---|
| United States of America<br>v.<br>ALAN LI,<br>a/k/a "Michael Chen,"<br>*Defendant(s)* | ) ) ) ) ) ) | Case No. 1:22-mj-02806-Louis |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2022 - May 10, 2022__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1594(a) | Attempted Sex Trafficking of a Minor |
| 18 U.S.C. § 2422(b) | Attempted Coercion or Enticement of a Minor |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Kimberly Jennette, FBI Special Agent
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by __Face Time__

Date: __May 12 2022__

*Judge's signature*

City and state: __Miami, Florida__  Hon. Lauren F. Louis, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT & ARREST

I, Kimberly Jennette, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been a Special Agent with the Federal Bureau of Investigation ("FBI") since March 2018. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7). That is, I am an officer of the United States empowered by law to conduct investigations of, and make arrests for, violations of federal law, including the offenses enumerated in Title 18, United States Code, Sections 1591, 2422, 2423, 2251, and 2252.

2. I currently serve as part of the Crimes Against Children group and the FBI Child Exploitation Task Force in the FBI's Miami Field Office. My duties include investigating crimes involving the sexual exploitation of minors, including sex trafficking, child pornography, and enticement violations. I have received training on the proper investigative techniques for these violations, including the use of surveillance techniques, undercover activities, and the application and execution of arrest and search warrants. I have conducted and assisted in several child exploitation investigations. I have also executed search warrants that have led to seizures of child pornography and undercover operations to recover juvenile victims of sex trafficking.

3. I submit this Affidavit in support of a criminal complaint charging ALAN LI, a/k/a "Michael Chen" ("LI"), a 26-year-old Asian male with date of birth July 7, 1995, a social security number ending in 5248, who currently resides at 600 15th Street, Apt. 6, Miami Beach, Florida 33139, with the following offenses: (1) Attempted Sex Trafficking of a Minor Less Than 14 Years of Age, in violation of Title 18, United States Code, Section 1594(a); and (2) Attempted Coercion and Enticement of a Minor, in violation of Title 18, United States Code, Section 2422(b).

4. The facts and information in this Affidavit come from my own personal observations, my training and experience, and information obtained from other law enforcement personnel, investigators, witnesses, and documents. This Affidavit does not include every fact and circumstance known to me, but only the facts and circumstances sufficient to establish probable cause.

## PROBABLE CAUSE

5. On or about March 12, 2022, the FBI received a National Hotline Tip from a female in Columbus, Ohio. The complainant ("S.M.") stated an acquaintance, LI, had reached out via Snapchat and asked her to help his friend MICHAEL CHEN ("CHEN") find young girls in the Miami, FL area. The following is a portion of Snapchat conversations between LI, username @alanli771995, and S.M. that occurred on or about March 12, 2022, provided by S.M.:

| LI | You said you were trafficked right? |
|---|---|
| LI | My friend wants to meet young girls and he is willing to pay, can you help him out? |
| S.M. | Well, put him in touch with [m]e here on Snapchat. |
| ... | |
| LI | Ok lemme see if he has Snap |
| LI | One sec |
| LI | Ok I had him make an account |
| LI | He's gonna add you |
| LI | His name is Michael btw |

7. Later that day, S.M. received messages from CHEN, utilizing Snapchat username Mikey_chen124. A portion of those conversations are below:

| CHEN | Hi I'm mike, alan gave me your contact |
|---|---|
| ... | |
| CHEN | But I also like younger girls |
| CHEN | If you know what I mean |
| S.M. | What age |
| CHEN | Ideally 8-15 |
| ... | |
| S.M. | Do you have some pictures of yourself? Do you also have any experience with this before? |

| CHEN | Would prefer to not send pics of myself yet |
| CHEN | And have some experience with this before yes |

8.  S.M. stated she had met LI approximately a year ago in Columbus, Ohio through a dating/escort site. The two got together for a night and spoke about her having been trafficked when she was a minor. S.M. and LI lost contact for about a year until he reached out online on or about March 12, 2022. S.M. identified LI as ALAN LI, and told law enforcement that she knew, through social media, LI was working at Mount Sinai Hospital in Miami Beach. S.M. said she and LI followed each other on Instagram. S.M. told law enforcement she believed LI and CHEN were the same person based on the nature of the conversations, LI acting as an intermediary, and the short amount of time between LI's request and CHEN's first message. After further investigation, S.M. reviewed the photo of LI from the website of Mount Sinai Medical Center in Miami Beach, FL. S.M. confirmed that the LI in the photo from Mount Sinai's website is the same LI that she has met and communicated with via Snapchat.

9.  Additionally, on March 16, 2022, law enforcement learned that S.M. had also contacted Mount Sinai to report the conversations that she had with LI. J.P., Director of Security for Mount Sinai Medical Center, contacted the FBI to report his conversation with S.M. J.P. provided LI's information, which was recorded as: Alan Li, DOB: 7/7/1995, telephone number 614-537-6514, residential address 600 15th Street, Miami Beach, FL 33139. J.P. also provided LI's Instagram username as alan_li1995. The next week, J.P also gave law enforcement a copy of LI's personnel file, which included his schedule, network activity on Mount Sinai's computers, and a personal email address of alanli_oh7@yahoo.com.

10. On March 22, 2022, S.M. consented to allow an FBI Online Covert Employee ("OCE") to take over her Snapchat account "PrivateSavvy2.0" to continue talking to CHEN and LI. When the OCE opened S.M.'s Snapchat account on March 22, 2022, Snapchat data showed

CHEN had not reached out to S.M. in four days, but LI had made contact asking for updates on or about March 21, 2022. On March 22, 2022, the OCE messaged LI via S.M.'s Snapchat and provided LI with a "trafficker's" telephone number. The "trafficker," the same OCE utilizing another telephone number, received a text message from LI shortly thereafter. LI used a telephone number, 305-239-8165, whose registered provider is Bandwidth, Inc. ("Bandwidth"), a telecommunications company. Portions of the conversation are below:

| LI  | I heard you can set me up with some girls? |
| --- | --- |
| OCE | Perhaps. What exactly you looking for? |
| LI  | 10-14 in the Miami area |
| OCE | [S.M.] said this was for your buddy? |
| OCE | Mike? |
| LI  | Yessir |
| OCE | I'll speak with him directly then if he's interested. I don't mess with middlemen |

11. Within a few minutes, CHEN initiated contact with the OCE via another Bandwidth registered telephone number, 786-408-6520:

| CHEN | What do you have available? |
| --- | --- |
| OCE  | Girl or boy? |
| CHEN | Girl |
| OCE  | Got a 9, 12, and 15 depending on what kind of service you want |
| CHEN | Full service bareback available? |
| OCE  | For the 9 and 12. Gotta wrap up for the 15 |
| OCE  | No anal with the 9 |
| CHEN | Ok let's do the 12 |
|      | . . . |
| CHEN | So what do I need to do in order to make this happen? |

12. CHEN and the OCE then discussed payment and rates. CHEN asked to spend "1 hour" with the 12-year-old girl. The OCE told CHEN he would need to pay half up front and that it would be "$500 total for bareback sex with 12-year-old. Down payment of $250 . . ." to be paid through CashApp. As they discussed payment, CHEN asked if he could pay with cash or Bitcoin.

CHEN explained CashApp would not allow him to send money without providing his social security number. He asked if he could have someone else pay for him, and the OCE said they would work it out later:

| OCE | . . . we will figure something out [regarding payment]. What kind of long term set up you looking for? |
|---|---|
| CHEN | Ok no problem |
| CHEN | And like a live in situation |
| OCE | You ever had that? |
| CHEN | Ya once before |
| CHEN | Do you do that? |
| OCE | Yes but I keep that very private. What was your previous setup? |
| CHEN | I just had her live with me and I provided everything |
| OCE | Fuck her? |
| CHEN | Of course |
| OCE | How old was that one? This 12 I got will do anything but had her a while now |
| CHEN | 13 |
| | . . . |
| OCE | . . . . Who's kid was it? |
| CHEN | Just someone I knew in Ohio who set it up for me |

13. The OCE and CHEN then discussed the possibility of CHEN purchasing a minor to live with him. CHEN asked whether he should pay in monthly payments or a lump sum. The OCE then asked CHEN how he would keep the 12-year-old "quiet and unseen":

| CHEN | Ya she will stay in the house |
|---|---|
| OCE | And not get out while your gone |
| CHEN | Ya I mean I'll keep everything locked up but she is well behaved I assume? |
| OCE | Under my control she is |
| CHEN | Gotcha |
| CHEN | Well I'll make sure everything is safe |
| OCE | How? |
| CHEN | I keep my place pretty safe and locked up |
| | . . . |
| CHEN | And what's your monthly rate? |

| OCE | I've only ever sold one girl for permanent use and that was a one time payment. Once I sell her she may yours so idk if I want monthly payments linking me to you |
|---|---|
| CHEN | Gotcha |
| CHEN | How much did you sell for? |
| OCE | $20K |
| CHEN | Ok that's reasonable. Just need to see the girl first obviously lol |

## FOLLOW-UP INVESTIGATION

14. On March 23, 2022, law enforcement served a subpoena on Bandwidth for the subscriber information associated with telephone numbers 305-239-8165 and 786-408-6520, as used by LI and CHEN in the above conversations. Bandwidth's records showed both telephone numbers belong to Ad Hoc Labs, Inc (dba Burner). Burner, a mobile app, advertises itself as a "simple and effective way to get extra phone numbers for [a user's] phone, keeping their primary phone number private." Burner says you can "[c]reate as many simultaneous local numbers as you need, in any U.S. or Canadian area code."

15. Law enforcement subpoenaed Snapchat for records associated with the accounts of LI (username @alanli771995) and CHEN (username @Mikey_chen124). Snapchat returns showed CHEN's account was created from IP address 207.244.181.239 ("IP ADDRESS") on March 12, 2022, the same date LI reached out to S.M. about finding young girls. The Snapchat returns also showed CHEN's account was created with telephone number 305-239-8165, the same telephone number LI used to contact the OCE.

16. On March 30, 2022, law enforcement found a Telegram Mobile account with display name "Michael Chen," which was associated with LI's known telephone number, 614-537-6514.

17. Additionally, IP activity showed that, on several occasions, alanli771995 logged out of Snapchat and within a few seconds Mikey_chen124 logged into Snapchat or vice versa from

the same IP address. For example, Mikey_chen124 logged out of Snapchat, on March 12, 2022, at 22:26:21 UTC, and alanli771995 logged into Snapchat at 22:26:25 UTC, both from the IP ADDRESS.

18. On April 4, 2022, CHEN texted the OCE using a new Bandwidth telephone number 305-239-8515:

| CHEN | Ok I'll get the cash app sent to you |
| CHEN | Can you send the receiving address again? |
| OCE | Mike? |
| CHEN | Ya what's up |
| CHEN | Sorry I had to get a new burner phone my old one ran out lol |

19. During the conversation, the OCE and CHEN again discussed payment for the 12-year-old girl that CHEN had requested previously. The OCE provided a CashApp ID.

20. On April 7, 2022, the OCE told CHEN that due to the CashApp issues, they could just meet in person. A portion of the conversation is below:

| OCE | Hey man, if the cashapp is going to be a huge issue. We can just meet and talk first to make sure your cool. You've been vouched for so I'm not super worried |
| CHEN | Ya I'm having a hard time figuring it out |
| CHEN | And ya I'm down to just meet up |
| OCE | Aight. We are in Atlanta but should be back late Sunday night. Once she gets some sleep and maintenance should be good for Monday or Tuesday |
| CHEN | Cool I'm down for that |
| ... | ... |
| OCE | She should be available for you after the weekend. Can do an hour and go from there. What you into so I can prep her |
| CHEN | I just want to go raw with cum inside |
| OCE | Aight that's easy. Nothing rough. No scars or bruises. Obvious but have to say it |
| CHEN | Yup that's not a problem I'm not rough like that |
| OCE | Cool. We are going to come back there Sunday night. I gotta pick a spot to work next week. What's close to you? |
| CHEN | I'm near south beach |

21. In the same conversation, CHEN asked the OCE about how their meeting would work and where the OCE was based:

| CHEN | Where do you usually do this out of? |
| CHEN | Hotel! |
| CHEN | ? |
| ... | |
| CHEN | You're based in Miami tho? |
| OCE | Yea Miami / Ft Laudy but mostly Miami. Come up to Atlanta a lot to |
| CHEN | Perfect |
| CHEN | Excited to meet up |

22. CHEN scheduled to meet the OCE and the 12-year-old girl on April 12. But on the evening of April 12, CHEN cancelled, saying he had to work late.[1] CHEN asked, "Can we schedule for tomorrow? It just works so much better for my schedule."

23. The following day, April 13, 2022, LI—not CHEN—reached back out to S.M. via Snapchat. At this point, the OCE had relinquished control of S.M.'s Snapchat account. When S.M. replied on April 16, LI asked about the trafficker she had put him in touch with:

| LI | Was mainly wondering about this dude you recommended for me and my friend Michael in SoFL |
| LI | He's trustworthy right? |
| ... | |
| LI | ... I'm not trying to be sketch but I'm trying to be careful since I don't know him. |
| S.M. | I get it |
| LI | So I should hit him up then? |

24. From on or about April 16, 2022, to April 28, 2022, CHEN and the OCE did not communicate. On April 29, 2022, CHEN and the OCE resumed messaging when the OCE told CHEN, "Got some high-end girls in town working the beach this weekend and next for F1. If you

---

[1] During this time, law enforcement were surveilling LI who had already left work that day.

know any players send them my way." From on or about April 29, 2022, through May 1, 2022, CHEN and the OCE messaged intermittently, texting about what girls were available, what ages, and pricing.

25. On May 2, 2022, CHEN asked the OCE if any girls were available:

| CHEN | Anyone available tonight? |
|------|---------------------------|
| OCE  | 12and 15 rn |
| CHEN | Any pics? Ans where you at? |
|      | . . . |
| OCE  | You seen the 12 I'll get you 15 in a min |
| CHEN | Ok nice, lemme know |

26. After CHEN and the OCE discussed the rates for the 15-year-old girl, CHEN messaged, "Ya let's do it." He told the OCE he would let him know when he was on his way. The OCE told CHEN, "You waste my time again we are done. I have a business to run."

27. After the OCE sent that text to CHEN, LI[2] sent S.M. a message on Snapchat. By this point, S.M. had returned control of her Snapchat account back to the OCE, who pretending to be S.M., stated the following:

| LI | I'm worried about this dude T you recommended haha |
|----|----------------------------------------------------|
| S.M. | What about him and why? |
| LI | Idk haha he just gets super aggressive sometimes |
| S.M. | Why what happened now? |
| LI | Nothing haha just was gonna meet him tonight and got spooked |

28. Based on my investigation, there is probable cause to believe that LI and CHEN are the same person, engaged in the attempted sex trafficking of a minor and the attempted coercion and enticement of a minor, for the following reasons: CHEN's Snapchat account was created from

---

[2] The OCE (when pretending to be the trafficker) has not received any further messages from a person identifying himself as "Alan" since on or about March 23, 2022. Alan LI, however, has continued to communicate with both S.M. and the OCE pretending to be S.M.

the same phone number that LI used to contact the OCE trafficker; IP activity shows that several times alanli771995 logged out of Snapchat and, within a few seconds, Mikey_chen124 logged into Snapchat or vice versa from the same IP address, including the IP ADDRESS registered to LI's known residence; LI's known telephone number, 614-537-6514, is associated with CHEN's Telegram Mobile account; LI initiated contact with the OCE trafficker and said, "I heard you can set *me* up with some girls?" (emphasis added) and only referenced CHEN when prompted by the OCE; LI's work as a middleman for CHEN; the overlap in their biographical information, including that they both previously lived in Ohio and now live near South Beach; and LI's reaching out to S.M. via Snapchat on at least two separate occasions to inquire about the trustworthiness of the OCE trafficker whose information she provided following meetings CHEN, not LI, had scheduled with the OCE trafficker.

[This Space Intentionally Left Blank]

## CONCLUSION

29. Based on the foregoing, your Affiant respectfully submits that there is probable cause to believe that, beginning on or about March 12, 2022, ALAN LI a/k/a "Michael Chen" engaged in the attempted sex trafficking of a minor, in violation of Title 18, United States Code, Section 1594(a), and the attempted coercion and enticement of a minor, in violation of Title 18, United States Code, Section 2422(b).

**FURTHER YOUR AFFIANT SAYETH NAUGHT**

_____
KIMBERLY JENNETTE, SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by Face Time this 12 day of May 2022, in Miami, Florida.

_____
HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE