# COURT MINUTES

Page 6

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6    Date: 5/27/2022    Time: 10:00 a.m.

Defendant: Alan Li    J#: 07507-506    Case #: 22-CR-20224-BLOOM
AUSA: Kathrine Guthrie    Attorney: George T. Pallas (PERM) ✓
Violation: ATTEMPTED SEX TRAFFICKING/MINOR
Proceeding: Arraignment    CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No    Recommended Bond: PTD
Bond Set at:    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
*Brady Order given
- Deft arraigned
Reading of indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested.
- All further matters before Judge Bloom

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 10:21:37    Time in Court: 1 min