UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20224-CR-BB

**UNITED STATES OF AMERICA,**

vs.

**ALAN LI,**

       **Defendant.**

                                            /

## NOTICE OF APPEARANCE

The undersigned Assistant United States Attorney, Peter A. Laserna, hereby appears as counsel for the United States of America regarding any forfeiture issues in the above-styled case.

                                                  Respectfully submitted,

                                                  **JUAN ANTONIO GONZALEZ**
                                                  **UNITED STATES ATTORNEY**

By:    */s/ Peter A. Laserna*
          Peter A. Laserna
          Assistant United States Attorney
          Court ID No. A5502555
          500 E. Broward Boulevard, Suite 700
          Fort Lauderdale, Florida 33394
          Telephone: (954) 660-5770
          E-mail: peter.laserna@usdoj.gov