Kevin Li and Jinbo Hu
6246 Acacia Dr.
Hilliard, OH 43026
12/4/2022

Dear Judge Bloom,

We are Alan Li's parents, Kevin Li and Jinbo Hu, Kevin is a senior data engineer at the Ohio State University for the past 21 years, Jinbo is a senior database administrator working for the State of Ohio for the past 26 years.  We are writing this letter to help you better understand Alan and make the best decision for his sentence.

Alan grew up in our family, we are well educated and took care of our children seriously, he was given the best care and attention we could ever provide, we also offered him the chance to get the best education possible.  He was loving, kind, and strongly bonded to us in the family.  Academically he worked very hard and was a high achiever, when he was at high school, he was a national merit finalist, was a national AP scholar and graduated as the valedictorian; he also received numerous academic awards from high school and local community; he was involved in a lot of school activities and made the high school basketball team and track and field team, at the same time he was a member of the school orchestra.  He was also involved in community services and donated hundreds of hours as a volunteer helping our community.

In college, Alan double majored in Chemistry and Applied Physics, he was the sole recipient of  the academic award from the Department of Chemistry when graduating;  again he donated hundreds of hours as a volunteer in college to teach and tutor Chemistry at a local high school;  he also participated a volunteer program organized by a UC Irvine professor and spent 6 weeks in China's remote area to help local low-income people to do screening for congenital heart disease in newborns with a medical team, he also donated $2500 to this organization; after graduating from college, he continued his education and earned a MD degree from UVA.  When he worked in Mount Saini hospital as a doctor for 10 months, he got mentioned in the Emergency Department email network twice for his outstanding service to his patients.

In Alan's personal life, he is very outgoing and has a lot of friends, most of his close friends are well educated and high achievers, they are doctors, lawyers, engineers, etc.   Alan loves to help other people, in high school when he saw an exchange student from Turkey crying for having hard time with her host family, he offered her to live with our family for 3 months until she finished her study in America; in college, another international student had financial difficulty to afford the extra living cost in winter break, Alan took him home to live with our family for the winter break.

We are heartbreaking and devastated for Alan's arrest, but we are proud that he quickly realized what he did was wrong and showed sincere remorse, he never blamed anybody but himself, he apologized to us and anybody he talked to many times since his arrest and showed us in his daily phone calls and emails his determination to become a better person.  Here we're quoting some of his emails he sent to us:

5/22/2022:

*Yes I will work hard everyday for the rest of my life towards being a better man. I learned a hard lesson. Took a lot of things for granted. I wish I could go back and change so many small things. I am full of regret.*

5/23/2022:

*I am prepared for the worst. What I did was wrong, and I am a man. I will own up to that and accept responsibility for my mistakes. I cannot blame anyone else for the situation that I am in except myself. The punishment is extremely severe for my actions. I have lost everything: my career, my friends, my social status. But thankfully not my family. There are people here who don't have the luxury of unwavering familial support that I am lucky enough to have. Thank you guys for believing in me. That is all that counts to me. Anyone else who chooses to stay with me through this is just icing on the cake. I will work on my mental health everyday. When the time comes for therapy and psychological counseling, I will take it very seriously.*

5/26/2022:

*Thank you for your unconditional love. I know I am blessed to have it. I am not entitled to it, nor do I deserve it. I know that many others in my situation would not be so lucky. The fact there you 3 would even consider moving to another country for me is beyond what I deserve. It kills me everyday to know how much pain and suffering I've caused to my family these last two weeks. I love you guys.*

5/31/2022 :

*Yes I am trying to adapt to the new normal. I never appreciated what it meant to truly to be free. I think most people who don't go to prison don't understand. We take a lot of things for granted everyday. Stuff that we don't even think about until it is taken away from us. It is a hard lesson to learn.*

*Right now, I can be thankful for many things:*
*1) I have my family who is healthy and loves me.*
*2) I am safe and have a place to sleep and food to eat. Nothing to worry about there.*
*3) I have the chance to read everyday, something I never could never have time to do before. I have read 4 books in the last week.*
*4) I can still exercise and stay healthy while I am in here.*
*5) I have a chance for great reflection. I can come out a better man.*

6/1/2022:

*If I could help other future young men in my position learn from what I did, to me it would be worth it to have the world know my story. Even with the judgement and shame that come with it. Maybe someday when my kids are all grown up or something.*

6/3/2022:

*I spent a lot of time thinking about that. About why I never wanted to listen to what people told me to do. And why I always felt the need to push things as far as they could go. Even my current case, I believe you guys know that I never would've acted on what I was saying. But I still said those things. Without regard for what their implications were or what the law says. I didn't even take the time to learn about the law before I did it. I just assumed that because I never acted, it wasn't illegal. Another example of me not considering authority and just acting however I wish.*

*I think I got so far in life because I am good at school and I make friends easily. People give me the benefit of the doubt in most situations because of these things. Even you guys. Now I have lost both of those things. I can't have a professional career and people will always look at me like I am scum. I wish I didn't take these things for granted before. I should have realized that my action and behaviors to others matter more than money and attention.*

*I know it's too late to undo what happened. But I will keep trying to become a better man tomorrow. For now, I can only take this punishment.*

6/22/2022
*I will have to work harder than others and endure more shame, but I can still be a good person in society. I remember how thankful people were to me when I was a doctor. Families were so grateful that they cried and multiple families wrote me letters. I was mentioned in hospital wide emails twice because of letters families wrote to the administration about my bed side manner. I won't be able to help people in that fashion anymore, but I hope someday I can make a positive impact on people's lives again.*

Alan is very close to us, based on what we know about him, we believe he made impulsive action to commit this crime, he promised us frequently and sincerely that he will respect the laws in the future and make sure he won't do anything that could potentially hurt anybody, also he wants to be a useful person to the society again after his prison time.  As his parents, we want to provide Alan with unconditional love, support and encouragement to help him to achieve his desires to be an excellent citizen and contribute his talent and skills to the society again in the future.  Here we implore you please carefully and kindly consider all the facts we listed here and provide him an opportunity to achieve his desires.

Please contact us through email kli_43026@yahoo.com or phone call 614-707-9960 if we can provide further assistance.

Cordially,

Kevin Li
Jinbo Hu

| | |
|---|---|
| **From:** | Julie Levine |
| **To:** | Julie Levine |
| **Subject:** | FW: Letter on behalf of Alan Li |
| **Date:** | Monday, January 9, 2023 1:39:00 PM |

On Dec 17, 2022, at 12:52 AM, Brendan McBreen <b.d.mcbreen@gmail.com> wrote:

Dear Judge Bloom,

My name is Brendan McBreen and I am writing to you today on behalf of my friend Alan Li, who is facing sentencing in January. Alan and I have been close friends for nine years, and I have come to know him as a kind, compassionate, and responsible individual. I am writing this letter to ask for leniency in his sentencing, and to provide evidence of his good character and positive impact on those around him.

Alan and I met in 2013. He occupied the room two doors down from mine in our freshman dorm. From the very first introductions during freshman orientation, Alan's humor, wit, and confidence positioned him as the guy everyone wanted to be around. He was a staple in pickup basketball games and fraternity/sorority social events. Despite college's social pressures, he was a stand-out student. Alan was part of an accelerated pre-medicine program. Within his first year of school he gained a reputation as the guy to go to for help among his classmates. He would work diligently to maintain his position at the top of his class throughout undergrad. I can count on one hand the people my age who I look up to. Alan's dedication to academic excellence as well as his ability to brighten a room easily make him first on my list.

Alan has always been there to lend a helping hand to those in need. Whether it's offering a shoulder to cry on, providing support in difficult times, or simply being a listening ear, Alan has a way of making those around him feel cared for and valued. He has always been very approachable. Many people including myself have entrusted him with our secrets and confidences, knowing that he will keep them safe and not judge us. Despite being busy with his own life, he always manages to find time to help others and make a positive impact on those around him.

Alan would selflessly look out for his friends. He always put the needs of his friends before his own, and was never too busy to help us out. If we were out at a party or a bar, he would always be there to make sure we got home safely. Despite his busy schedule and academic demands, Alan would always show up in his old, beat-up '98 Camry with a smile on his face. I couldn't ask for a more selfless friend.

From what I have seen, Alan has a strong sense of responsibility and always strives to do the right thing. He is the type of person to follow through on his commitments, and always puts his full energy behind his word. In recent years, Alan has worked as a doctor in the emergency room of Mt. Sinai. He would often tell stories of his patients. Some funny, some gruesome. But a thread in these stories was that he was really putting in every ounce of effort he could to make the lives of his patients better. That could mean digging deep into his med school notes, seeking the input of experts outside his department or hospital, working tirelessly to triage patients, or staying up late into the night to document patients' recovery progress. Further, he conducted and published research (which I really don't understand) to improve the survival rate of patients beyond his reach. His attitude towards his job was a testament to his commitment to saving lives and providing compassionate care to his patients. I'm sure his coworkers would have said the same thing.

Ignoring the charges he is pleading guilty to, he is truly an inspiration and a role model for us all. It saddens me to know that he won't be brightening the lives of those around him for the next few years, and likely won't get to practice medicine ever again.

Thank you for considering my request for leniency in his sentencing.

Sincerely,
Brendan McBreen

--
Brendan McBreen
Ph.D. Candidate
Dept. of Mechanical & Aerospace Engineering
University of Miami
Coral Gables, FL 33146, USA
Tel: (757) 477-1317
E-mail: b.d.mcbreen@gmail.com

December 7, 2022

The Honorable Judge Beth Bloom
United States District Court for the Southern District of Florida

Dear Judge Bloom:

Throughout the last 25 years as Alan's brother, I watched as he progressed from a young child to a fully functioning adult who finished his doctorate degree in medicine. Because both of us were first generation Americans, we had to make adjustments in life, but it came with growing up in a wealthy and loving family that we are both extremely grateful for. Alan spent extraordinarily amounts of time with the family, and was extremely close to our mother, father, and I.

Spending countless hours besides Alan, I can say Alan was never a perfect person. When me and the rest of the family got the news that Alan was arrested, just like everyone else, we were all blindsided. But one thing I realized watching him throughout all the years, is that he always learned from his mistakes. I remember an incident in a high school biology class where he procrastinated his homework and paid the price. He went on to learn from that blunder and was diligent about finishing his assignments on time afterwards. Learning from errors is one of Alan's strongest personality traits, and it is what led him to have a successful academic career. I fully believe he will learn right from wrong after being arrested and serving his time.

Throughout my time speaking with Alan while he is in prison, he has shown nothing short of remorse and guilt. He has repeatedly owned up to his mistake and is already planning his next steps on how to repay society when he is released. He continues to talk about how he will re-pay the friends and family he has let down.

While Alan's actions are inexcusable, he possesses an incredible amount of traits that are needed to help society when the day comes he is free. He is both intelligent and hard working, and although he will never be a practicing doctor again, he has the means to live a normal life and contribute positively for the world in the future.

Judge Bloom. I do believe Alan should be punished in some way for his actions, but please kindly show leniency and compassion.

Thank you,
Andy

Dear Judge Bloom,

   I am writing on behalf of Alan Li to ask for leniency on his case. My name is Katiana, and I was dating Alan for several months before his conviction. Alan and I connected over our shared interest in the medical field. Alan really cared about his profession and his patients; he has always been a kindhearted man.  Alan made a very poor choice and feels great remorse for it every single day. Till this day, him and I keep in contact though our relationship has ended. He will always remain a dear friend to me because I know that despite his actions that he is still a good man. Alan has always been intelligent and there is no doubt in my mind that once he serves his time, he will come out a better man. When Alan is released, I know he will redeem himself and contribute to society in a positive way. When I first talked to Alan on the phone it was very emotional for the both of us, I wasn't even sure I wanted to speak to him at all. Talking to him made me realize that we are humans, and we make mistakes but in life there are consequences and Alan will face those consequences, but I also know he's learned from his mistake. When we talk, I can feel how sorry he is to me, his family, and to the community for what he's done. Alan is one of the few people that made me smile on a bad day. When I would get upset, he knew how to calm me down. I looked forward to seeing him every week and I know that many of his friends and family feel the same. He knows what he did was wrong, and I know when he gets out, he will try every day to make up for it. Please consider a lenient sentence, your honor. Alan still has so much to contribute to society.

Thank you for taking the time to read my letter.

Sincerely,

Katiana

Date:  2022-12-4

Shoujie Li and Yuxiang Deng

6173 Acacia Dr.

Hilliard, OH 43026

Dear Judge Bloom,

My name is Shoujie Li, and my wife's name is Yuxiang Deng. I am an engineer with Ph.D., and my wife is housewife. We are neighbors of Alan's family living on the same street for about 20 years, our two families are very close, and we spend time together quite a lot.  We knew Alan since his childhood, he is a very polite and sweet person, easy going and has a lot of friends.  He grew up in a very caring and loving family, he is very close to his family.

He loves to help other people.  When we were out of country from 2019 to 2020, he volunteered to take care of our yard.

He was a hard-working student and made impressive academic achievements.  He also was very active in schools, he participated various programs in high school, he made the basketball team, was in the track and field team and an orchestra member.

It's very sad and heartbreaking to hear that he was arrested and will pay big price for the mistake he made.  From some of his emails his parents shared with us, we could tell he deeply reflected himself and regretted his action, he also showed his determination to improve himself and become a better person after he finishes his punishment.  Based on what we know about him, we firmly believe his remorse and he will learn from this hard lesson.

At the same time, we don't think Alan is a person who poses any threat to the society in the future, instead we believe he will contribute his skills and talent to the society, please give him a second chance to make it possible.


Sincerely,


Shoujie Li

Yuxiang Deng

Jimmy Xu and Julia Zhou
7509 Whigham Court
Dublin, OH 43016
Email: gxu9@hotmail.com
Cell: 614-312-6684

December 2, 2022

The Honorable Judge Beth Bloom
United States District Court for the Southern District of Florida

Dear Judge Bloom:

We are close friends of Alan Li's family for the past 20 years, and we are respectfully submitting this character reference letter about Alan for your kind consideration in his sentencing.

Living closely in Columbus, Ohio, our families have a lot in common.  Alan's parents were well educated in China and America, and have been working as senior software engineers in the state university (father Kevin) or state government (mother Jinbo).  Jinbo and Julia (Jimmy's wife) go to the same church, and ours and a couple of more families regularly meet together (potlucks and other activities…) during weekends and holidays, talking about everything we share common interests in.

Through those years we watched our kids growing up together in front of us.  They were lucky to be born in this great country and had so many opportunities open to them from Day One.  Alan was an outstanding student, hard working on everything he did, good at activities like music, sports and community services.  We remember him as a smart and "sunny" boy, always smiling and happy.  Together the kids grew up, went to colleges, did well there, and finally graduated.  Frank became a mechanical engineer in a state agency, Alex a software engineer working for the Air Force while Bill a senior manager in a Fortune 500 company…  And Alan became a real doctor (unlike Jimmy's "doctorate" in humanities) saving real people's lives in ER every day.  He really loved his job and did well on it.  He got awards from his employer and gratitude from his patients many times.  We'll never forget how proud Jinbo and Kevin were when sharing the good news with us.  America has taken us in with unmatched generosity.  We're forever grateful and we want to see our children do better and make more contributions to it than we can.

That Alan ended up in jail for trying to do that unspeakable thing was, even to us, utterly shocking and unbearably heartbreaking.  As for his own parents, they were totally devastated.  Jinbo was weeping on the phone every time she called Julia whereas Kevin was simply shut down.  They felt terribly sorry for the potential victim(s) of Alan's attempt; they felt deeply humiliated facing colleagues, neighbors, friends and their kids, and just everyone else in the world; they felt they were responsible and guilty as parents for having done something fundamentally wrong in bringing up their loved son.  Together and separately, we all did a great amount of soul searching as parents and friends.

We came to the conclusion that Alan bears the main responsibility and he completely agreed.  He came back to his senses quickly and admitted what he did was indefensibly wrong and criminal.  From his emails that Jinbo shared, we saw Alan accepting his full responsibility and apologizing again and again to

his parents, friends and all those who loved him for letting them down.  He didn't for once try to blame anyone else but himself.  Alan accepts the heavy price he already paid (he can never be a doctor again) and will soon pay (he's facing many years in prison).  He is eager to pay back his debt to the society and redeem himself.  He wants to become a useful member of this society again and contribute to it in the best way he can and is allowed.

Based on our long-term relationship with this family, we are convinced that Alan's remorse is sincere, and his determination for self-redemption is strong.  For this he's fortunate to have a very caring and loving family. Kevin, Jinbo and his younger brother Andy will always be there to support him, whatever the costs.  And no matter how limited it will be, we as friends will also do our best to provide help.  We understand in the final analysis it all depends on what Alan will do from here on, but every bit of compassion, kindness, encouragement and leniency the society could provide now will prove to be invaluable in the effort of saving this deeply repentant and savable young man.

Dear Judge Bloom, we have unshakable faith in our American legal system.  While justice must be served, please also show mercy.

From the bottom of our heart, we thank you for your time and kind consideration.


Yours gratefully,


Jimmy (Gang) Xu
Ph.D.
Principal Software Engineer (Retired)


Julia (Qiaoyun) Zhou