**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 22-CR-20224-BB**

**UNITED STATES OF AMERICA**

v.

**ALAN LI,**

       **Defendant.**

**NOTICE ON FORFEITURE**

The United States of America (the "United States"), by and through the undersigned Assistant United States Attorney, hereby files this notice on forfeiture.

On January 13, 2023, the Court entered a Judgment, ECF No. 41, directing the United States to file a preliminary order of forfeiture with the Court.

However, the United States is not pursuing criminal forfeiture in this case at this time.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

By:  */s/ Peter A. Laserna*
     Peter A. Laserna
     Assistant United States Attorney
     Court ID No. A5502555
     500 E. Broward Boulevard, Suite 700
     Fort Lauderdale, Florida 33394
     Telephone: (954) 660-5770
     E-mail: peter.laserna@usdoj.gov